RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

CHRISTY L. KING
E-mail:     Christy.King@usdoj.gov
Wisconsin Bar Number:  1038373
Telephone: (202) 514-1707
Facsimile: (202) 514-2583
KATHERINE KONSCHNIK
E-mail:     Kate.Konschnik@usdoj.gov
California Bar Number:  223673
Telephone:  (202) 305-0312
Facsimile:   (202) 514-2583
Environmental Enforcement Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044

THOMAS P. O'BRIEN
United States Attorney for the
Central District of Califronia
**Attorneys for the United States of America**

(See next page for listing of Additional Counsel)

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　v.<br><br>CEMEX CALIFORNIA CEMENT, LLC,<br>　　　　Defendant. | Case No. ED CV 07-00223-GW (JCRx)<br><br>**JOINT STIPULATIONS** |

1

STEVEN P. RICE (California Bar Number 094321)
E-mail:    srice@crowell.com
JULIE A. HARRIS (California Bar Number 238672)
E-mail:    julieharris@crowell.com
DEREK A. HAHN (California Bar Number 238670)
E-mail:    dhahn@crowell.com
Crowell & Moring LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
Telephone: (949) 263-8400
Facsimile: (949) 263-8414

CHET M. THOMPSON (admitted *pro hac vice*)
E-mail:    cthompson@crowell.com
Crowell & Moring LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
**Attorneys for CEMEX California Cement, LLC**

## JOINT STIPULATIONS

WHEREAS, in order to simplify the issues in this matter and to avoid the presentation of unnecessary proof in the case, Plaintiff, United States of America, and Defendant, CEMEX California Cement, LLC, (the "Parties") stipulate and agree to the following:

1. The Parties stipulate that the federal PSD regulation that should be applied to determine the merits of Claim 1 of the Complaint is 40 C.F.R. § 52.21 as amended in 1992.

2. The Parties stipulate that the federal PSD regulation that should be applied to determine the merits of Claim 2 of the Complaint is 40 C.F.R. § 52.21 as amended in 1997.

3. The Parties stipulate that Kiln Q3 had not "begun normal operations," as that term is used in 40 C.F.R. § 52.21, prior to its construction in 2001.

4. The Parties stipulate that, for purposes of determining whether the construction of Kiln Q3 in 2001 resulted in a significant emissions increase pursuant to 40 C.F.R. § 52.21, the "actual-to-potential" test is the applicable test.

DATED: 3/20/08

*/s/ Kate Konschnik*
CHRISTY L. KING
KATE KONSCHNIK
Environmental Enforcement Section
U.S. Department of Justice

**Attorneys for the United States**

DATED: 3/20/08

*/s/ Steven P. Rice (by KK)*
STEVEN P. RICE
JULIE A. HARRIS
CHET M. THOMPSON
DEREK A. HAHN
Crowell & Moring LLP

**Attorneys for CEMEX**

3