1  RONALD J. TENPAS
   Assistant Attorney General
2  Environment & Natural Resources Division
   United States Department of Justice
3
   CHRISTY L. KING
4  E-mail:     Christy.King@usdoj.gov
   Wisconsin Bar Number:  1038373
5  Telephone: (202) 514-1707
   Facsimile: (202) 514-2583
6  KATHERINE KONSCHNIK
   E-mail:     Kate.Konschnik@usdoj.gov
7  California Bar Number:  223673
   Telephone:  (202) 305-0312
8  Facsimile:  (202) 514-2583
   Environmental Enforcement Section
9  Environment & Natural Resources Division
   United States Department of Justice
10 P.O. Box 7611
   Washington, D.C.  20044
11
   THOMAS P. O'BRIEN
12 United States Attorney for the
   Central District of Califronia
13 **Attorneys for the United States of America**

14
   (See next page for listing of Additional Counsel)
15

16
              UNITED STATES DISTRICT COURT FOR THE
17              CENTRAL DISTRICT OF CALIFORNIA
                      WESTERN DIVISION
18
   UNITED STATES OF AMERICA,      )
19          Plaintiff,             )   Case No. ED CV 07-00223-GW
                                   )   (JCRx)
20          v.                     )
                                   )
21 CEMEX CALIFORNIA CEMENT,        )   **[PROPOSED] ORDER**
   LLC,                            )
22          Defendant.             )
                                   )
23 _____ )

24

25

26

27

28

                                    1

STEVEN P. RICE (California Bar Number 094321)
E-mail:     srice@crowell.com
JULIE A. HARRIS (California Bar Number 238672)
E-mail:     julieharris@crowell.com
DEREK A. HAHN (California Bar Number 238670)
E-mail:     dhahn@crowell.com
Crowell & Moring LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
Telephone: (949) 263-8400
Facsimile: (949) 263-8414

CHET M. THOMPSON (admitted *pro hac vice*)
E-mail:     cthompson@crowell.com
Crowell & Moring LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
**Attorneys for CEMEX California Cement, LLC**

# [Proposed] ORDER

In order to simplify the issues and avoid the presentation of unnecessary proof in this matter, the Court hereby approves and enters the attached Joint Stipulations submitted by the United States and CEMEX California Cement, LLC.

IT IS SO ORDERED.


DATED:_____     _____
                              HONORABLE GEORGE H. WU
                              UNITED STATES DISTRICT JUDGE