RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

CHRISTY L. KING
E-mail:     Christy.King@usdoj.gov
Wisconsin Bar Number:  1038373
Telephone: (202) 514-1707
Facsimile: (202) 514-2583
KATHERINE KONSCHNIK
E-mail:     Kate.Konschnik@usdoj.gov
California Bar Number:  223673
Telephone:  (202) 305-0312
Facsimile:  (202) 514-2583
Environmental Enforcement Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C.  20044

THOMAS P. O'BRIEN
United States Attorney for the
Central District of Califronia
**Attorneys for the United States of America**

(See next page for listing of Additional Counsel)

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CEMEX CALIFORNIA CEMENT, LLC,<br>　　　　Defendant.<br>_____ | Case No. ED CV 07-00223-GW (JCRx)<br><br>**ORDER** |

1  STEVEN P. RICE (California Bar Number 094321)
2  E-mail:       srice@crowell.com
3  JULIE A. HARRIS (California Bar Number 238672)
   E-mail:       julieharris@crowell.com
4  DEREK A. HAHN (California Bar Number 238670)
5  E-mail:       dhahn@crowell.com
   Crowell & Moring LLP
6  3 Park Plaza, 20th Floor
7  Irvine, CA 92614
8  Telephone: (949) 263-8400
   Facsimile: (949) 263-8414
9
10 CHET M. THOMPSON (admitted *pro hac vice*)
   E-mail:       cthompson@crowell.com
11 Crowell & Moring LLP
12 1001 Pennsylvania Ave., NW
13 Washington, DC 20004
   Telephone: (202) 624-2500
14 Facsimile: (202) 628-5116
15 **Attorneys for CEMEX California Cement, LLC**
16
17                          **ORDER**
18
19     In order to simplify the issues and avoid the presentation of unnecessary
20 proof in this matter, the Court hereby approves and enters the attached Joint
21
22 Stipulations submitted by the United States and CEMEX California Cement, LLC.
23  IT IS SO ORDERED.
24
25
26 DATED: March 25, 2008            _____
                                    HONORABLE GEORGE H. WU
27                                  UNITED STATES DISTRICT JUDGE
28